IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHENIKA WHITFIELD on behalf of
   FABIAN WHITFIELD                                                      PLAINTIFF

VS.                CASE NO. 3:06CV00182 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                             DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's complaint is dismissed with prejudice.

SO ADJUDGED this 25th day of March, 2008.


                                                   /s/ Henry L. Jones, Jr.
                                                   UNITED STATES MAGISTRATE JUDGE